FILED

05/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0070

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**SUPREME COURT CAUSE NO.  DA 20-0070**

IN RE THE MARRIAGE OF:

SHARILYN J. SIMONSEN,

   Petitioner/Appellee,

 vs.

RUSSEL A. SIMONSEN,

   Respondent/Appellant.

)
)
)
)
)
)
)
)
)
)
)
)

SUPREME COURT CAUSE No. DA 20-0070
DISTRICT COURT CAUSE No. CDR-18-0216

**ORDER EXTENDING DEADLINES TO**
**FILE OPENING BRIEFS**

  UPON REVIEW of the Appellant's *Motion for Extension of Time to File Deadlines* and with good cause being shown;

  IT IS HEREBY ORDERED that the Appellant's Brief Deadline currently set for the 22nd day of May, 2020 is VACATED and RESET for the 10th day of July, 2020.

  DATED this ____ day of May, 2020.

          _____
          SUPREME COURT JUSTICE

CC:
- Appellant, c/o Patrick F. Flaherty
- Appellee, c/o Dana A. Henkel

**ORDER**